United States Courts
Southern District of Texas
FILED
*September 30, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:26-cr-652** |
| | § | |
| **RICHARD LEE ALFRED,** | § | |
| | § | |
| ***Defendant.*** | § | |

# INDICTMENT

The Grand Jury Charges that:

## COUNT ONE

(Theft of Government Property – 18 U.S.C. § 641)

From on or about October 1, 2021, and continuing through on or about June 30, 2025, within the Southern District of Texas and elsewhere, the defendant, **RICHARD LEE ALFRED**, did knowingly and willfully embezzle, steal, purloin, and convert to his own use and benefit money and property belonging to the United States and a department and agency thereof in a total amount greater than $1,000, to wit: Social Security Administration benefits payments.

**In violation of 18 U.S.C. § 641.**

## NOTICE OF FORFEITURE

18 U.S.C. § 2461(c) & 18 U.S.C. § 981(a)(1)(C)

Pursuant to Title 18, United States Code, § 2461(c) and Title 18, United States Code, § 981(a)(1)(C), the United States gives the defendant notice that in the event of conviction of the offense charged in Count One of this Indictment, the United States will seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

*Money Judgment and Substitute Assets*

The United States will seek the imposition of a money judgment against the Defendant. In the event that a condition listed in Title 21, United States Code, § 853(p) exists, the United States may seek to forfeit any other property of the Defendant in substitution.

A True Bill:

_______________________
Grand Jury Foreperson

AARON F. REITZ,
United States Attorney

By: Javier Perez
Javier Perez
Special Assistant United States Attorney
713-567-9000